In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00117-CV
_____


IN RE JASON LEE WHITNEY


Original Proceeding
279th District Court of Jefferson County, Texas
Trial Cause No. F-227,594


**MEMORANDUM OPINION**

Jason Lee Whitney filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator complains that the trial court granted a traditional motion for partial summary judgment on claims relator brought against the real party in interest, Jessica Garth Whitney, failed to compel depositions, and denied a motion for continuance of the trial. After reviewing the petition and the mandamus record, we conclude that the relator has not established that he has no adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124,

1

135-36 (Tex. 2004) (orig. proceeding). Accordingly, we deny the petition for a writ of mandamus and the motion for temporary relief. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on April 16, 2019
Opinion Delivered April 16, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.